# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ENEPI SISNEROZ,<br><br>    Plaintiff,<br><br>    v.<br><br>BILL WHITMAN et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-CV-01971 DLB PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 6) |

    On April 1, 2009, the Court issued an order requiring Plaintiff to, within thirty days, either complete and return the Order Re Consent or Request for Reassignment form, or show cause in writing why sanctions should not be imposed against him for failing to obey a court order. (Doc. 6.) On April 9, 2009, Plaintiff returned the Order Re Consent or Request for Reassignment form. (Doc. 7.)

    Accordingly, the order to show cause is DISCHARGED.

    IT IS SO ORDERED.

    Dated:   **June 1, 2009**          **/s/ Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE